MINUTE ENTRY
OCTOBER 16, 2013
SHUSHAN, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-224 |
| PETER GALVAN | SECTION: E |

### INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT (WITH)/WITHOUT COUNSEL  _William Gibbens_
_909 Poydras St., Suite 1600, New Orleans, LA 70112_
    X   ASSISTANT U.S. ATTORNEY   _CARTER GUICE, JR._
    ___ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE BILL OF INFORMATION WAS:
        READ   WAIVED   (SUMMARIZED)

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: _06_

X/ BAIL SET AT $100,000.00 unsecured appearance bond: 1) report to PTS; 2) travel restricted to the continental U.S. with travel outside of the combined area of the State of LA and the Southern District of Mississippi to be approved by PTS; and 3) report every contact w/any law enforcement personnel to PTS

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT IS SET FOR ___held___

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL_____

