Wednesday, January 15, 2014
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70131

Attn: The Honorable Judge Susie Morgan
Ref: Dr. Peter Galvan

Dear Honorable Judge Morgan,

Please give Dr. Peter Galvan the same consideration he gave taxpaying citizens like me when you sentence him. He arrogantly lied, stole money and now wants leniency. Please "throw the book" at him and show other white collar criminals what happens when you blatantly disregard the law for your own personal gain.

Sincerely,

Leslie Boudreaux
712 N. Beau Chene Drive
St. Tammany Parish
Mandeville, LA 70471

NEW ORLEANS LA 700
23 JAN 2014 PM 4 L

Leslie Boudreaux
712 N. Beauchene Dr.
Mandeville, LA 70471

The Honorable Judge Susie Morgan
U.S. District Court
500 Poydras Street Room C-151
New Orleans, LA 70131

U.S. MARSHALS

701 9085957