2105 Ridge Court
Mandeville, LA 70448

January 27, 2014

Honorable Susie Morgan
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70131

Re:  Sentencing of Dr. Peter Galvan, St. Tammany Parish Coroner

Dear Judge Morgan,

I respectfully write this letter as a registered voter of St. Tammany Parish, a taxpayer of St. Tammany Parish and a member of the Concerned Citizens of St. Tammany Parish.

My husband and I were actively and relentlessly involved with other Concerned Citizens of St. Tammany Parish every weekend for months to obtain signatures to recall St. Tammany's Coroner, Dr. Peter Galvan. The positive response from the thousands of residents of St. Tammany Parish who signed the petition to recall Dr. Galvan evidenced a "huge" message that the residents of St. Tammany Parish are tired of the corrupt government in our Parish and want changes. The public was outraged by Dr. Galvan's criminal actions of stealing the taxpayers hard earned money for his office and personal benefit.

Dr. Galvan has shown no remorse for his wrongdoings against the residents of St. Tammany Parish. He never appeared at any of the St. Tammany Parish Council meetings to explain his actions. He hid from the public and sent his attorneys to represent him. In addition to all of the wrongdoings and stealing by Dr. Galvan from our Parish, we were also slapped with paying his legal fees. St. Tammany Parish residents were not even given the respect of an apology or any sort of "remorse" from Dr. Galvan. Nothing.....

The St. Tammany Parish Council asked Dr. Galvan to resign as Coroner which he blatantly ignored. Even after the FBI investigated him, his arrogance remained in tact and he still did not resign. It was not until an indictment was handed down by the U.S. Attorney's Office that Dr. Galvan "finally" agreed to resign the next week - not immediately - but the following week.

As a St. Tammany Parish taxpayer, I am writing to voice my opinion that Dr. Galvan should be sentenced to the maximum extent possible considering the crimes he committed. Dr. Galvan

January 27, 2014
Page -2-

showed little to no respect for the residents of St. Tammany Parish. Dr. Galvan is so arrogant and unprofessional and he acted as if he was above the law and he completely disregarded his "dutiful obligations" to the residents of St. Tammany Parish who voted him into office because the public had "faith" in him that he would do a good job for our Parish Coroner's Office. Dr. Galvan really disappointed and let down the residents of St. Tammany Parish.

Dr. Galvan was given a millage of funds to be used for the improvement of the Coroner's Office. But instead, Dr. Galvan abused his power and authority and arrogantly gave himself and other members of the Coroner's office raises. He raised his salary so high that he was the highest paid elected official in the State of Louisiana. How fair is that? Not to mention all of the money that he stole from the Parish for his own benefit, i.e., boat motors, lavish dinners and alcohol, payment of vacation days when he actually used those days (which in turn increased his retirement benefits). The list goes on, as you well know.

Please consider my request that Dr. Peter Galvan be given the maximum sentence for the serious crimes he committed against the taxpayers of St. Tammany Parish.

Respectfully yours,

Cynthia Darcé

Cynthia L. Darcé

00254034-1

Cynthia L. Darce'
2105 Ridge Court
Mandeville, LA 70448

Honorable Susie Morgan
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70131