

William P. Gibbens
504.680.6065
Billy@semmlaw.com

January 23, 2014

**VIA HAND DELIVERY**
The Honorable Susie Morgan
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C322
New Orleans, Louisiana 70130

      Re:    <u>United States v. Galvan</u>, Criminal Docket No. 13-224

Dear Judge Morgan:

      Please find enclosed letters written on behalf of Dr. Peter Galvan for the Court's consideration in imposing Dr. Galvan's sentence.

      As you will see, a number of Dr. Galvan's patients have written letters discussing medical problems that Dr. Galvan treated. Since many of these letters discuss personal medical information, we respectfully request that the letters be kept with the presentence investigation report and not be filed into the record. I have discussed this request with AUSA Carter Guice, and the government does not oppose it.

      Sincerely,

      */s/ William P. Gibbens*

      William P. Gibbens

WPG/tlb
cc:    Carter Guice, Esq. (w/ enclosures)
       Senior Probation Office Tracy Coleman (w/ enclosures)

909 Poydras Street, Suite 1600 | New Orleans, Louisiana 70112 | T: 504.680.6050 | F: 504.680.6051 | www.semmlaw.com